IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAWRENCE HENDON,

        Plaintiff,

   v.

SAM NAGY, et al.,

        Defendants.

Civil No. 06-1307-AS

ORDER

ASHMANSKAS, Magistrate Judge.

    IT IS ORDERED that Plaintiff's request (#25) to voluntarily dismiss this action is GRANTED.

    IT IS SO ORDERED.

    DATED this _16_ day of March, 2007.

_____
Donald C. Ashmanskas
United States Magistrate Judge

1 - ORDER -